```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HELEN DELANEY, | CIVIL ACTION NO. 05-2726 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| JANICE G. ALLEN, et al., |  |
| Defendants. |  |

**THIS MATTER ARISING** on the Court's order to show cause why the action should not be remanded to New Jersey Superior Court, Somerset County, for untimely removal under 28 U.S.C. §§ 1446 and 1447 (6-6-05 Ord. to Show Cause); and the plaintiff (1) responding to the Court's inquiry within 30 days of the removal, (2) arguing that the "notice of removal was indeed untimely filed," and (3) seeking remand (6-22-05 Hobbie Br., at 1-2); and the defendants, in response, stating they "have no objection to an order being entered remanding this matter to [state court]" (George Letter, received 6-30-05, at 1); and — in light of this consent — the Court intending to (1) resolve the order to show cause before the return date, and (2) remand the action; and good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge